JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>RAHIM LADAK, an individual,<br><br>Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**STIPULATION TO EXTEND MODIFIED TEMPORARY RESTRAINING ORDER (ECF No. 33)**<br><br>**(SECOND REQUEST)**<br>[ECF No. 49] |

Plaintiff Digital Alpha Advisors, LLC and Defendant Rahim Ladak (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the duration of the Modified Temporary Restraining Order (ECF No. 33), in accordance with the Court's Minute Order dated October 31, 2023 (ECF No. 41) and the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated December 6, 2024 (ECF No. 47), to **5:00 p.m.** on **May 23, 2024**, absent further stipulation of the Parties or Order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties have agreed to this extension as the forensic examination process remains ongoing and is not expected to be completed prior to May 22, 2024.

DATED this 24th day of January, 2024.

| JACKSON LEWIS P.C. | GRANGER & ASSOCIATES LLC |
|---|---|
| /s/ *Joshua A. Sliker* | /s/ *Howard B. Zakai* |
| JOSHUA A. SLIKER, ESQ. | HOWARD B. ZAKAI, ESQ. |
| Nevada Bar No. 12493 | *Admitted Pro Hac Vice* |
| 300 S. Fourth Street, Suite 900 | 40 Fulton Street, 17th Floor |
| Las Vegas, Nevada 89101 | New York, New York 10038 |
| *Attorneys for Plaintiff* | ROGER W. WENTHE, ESQ. |
|  | Nevada Bar No. 8920 |
|  | ROGER WENTHE, PLLC |
|  | 2831 St. Rose Pkwy., Suite 200 |
|  | Henderson, Nevada 89052 |
|  | *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: January 24, 2024