JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>RAHIM LADAK, an individual,<br><br>Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**Stipulation and Order Extending Modified TRO and Denying Without Prejudice Motion for Preliminary Injunction**<br><br>**(ECF Nos. 5, 33)**<br><br>(3d request) |

Plaintiff Digital Alpha Advisors, LLC and Defendant Rahim Ladak (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the duration of the Modified Temporary Restraining Order (ECF No. 33), in accordance with the Court's Minute Order dated October 31, 2023 (ECF No. 41), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated December 6, 2024 (First Request) (ECF No. 47), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated January 24, 2024 (Second Request) (ECF No. 50) to **5:00 p.m.** on **June 24, 2024**, absent further stipulation of the Parties or Order of the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

The Parties have agreed to this extension as they are exploring whether a resolution of this case can be reached without further litigation and require additional time to conclude the same.

DATED this 22nd day of May, 2024.

| JACKSON LEWIS P.C. | GRANGER & ASSOCIATES LLC |
|---|---|
| */s/ Joshua A. Sliker* | */s/ Howard B. Zakai* |
| JOSHUA A. SLIKER, ESQ. | HOWARD B. ZAKAI, ESQ. |
| Nevada Bar No. 12493 | *Admitted Pro Hac Vice* |
| 300 S. Fourth Street, Suite 900 | 40 Fulton Street, 17th Floor |
| Las Vegas, Nevada 89101 | New York, New York 10038 |
| *Attorneys for Plaintiff* | ROGER W. WENTHE, ESQ. |
| | Nevada Bar No. 8920 |
| | ROGER WENTHE, PLLC |
| | 2831 St. Rose Pkwy., Suite 200 |
| | Henderson, Nevada 89052 |
| | *Attorneys for Defendant* |

## ORDER

Based on the parties' stipulation **[ECF No. 51]** and good cause appearing, IT IS HEREBY ORDERED that **the temporary restraining order** entered on September 15, 2023, [ECF No. 9] **as modified** on October 11, 2023, and repeatedly extended [ECF Nos. 33, 41, 47, 50], **is further extended to 5:00 p.m. on June 24, 2024.**

And because the circumstances outlined in the still-pending motion for preliminary injunction [ECF No. 5], filed more than six months ago, have undoubtedly evolved since the filing of that motion, necessitating new briefing, IT IS FURTHER ORDERED that the motion for preliminary injunction **[ECF No. 5] is DENIED without prejudice** to the filing of a fresh motion should the parties not resolve this matter.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 23, 2024