JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br>   vs.<br><br>RAHIM LADAK, an individual,<br><br>                    Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**STIPULATION TO EXTEND MODIFIED TEMPORARY RESTRAINING ORDER (ECF No. 33)**<br><br>**(FOURTH REQUEST)**<br>[ECF No. 53] |

Plaintiff Digital Alpha Advisors, LLC and Defendant Rahim Ladak (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the duration of the Modified Temporary Restraining Order (ECF No. 33), in accordance with the Court's Minute Order dated October 31, 2023 (ECF No. 41), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated December 6, 2024 (First Request) (ECF No. 47), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated January 24, 2024 (Second Request) (ECF No. 50), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated May 22, 2024 (Third Request) (ECF No. 52), to **5:00 p.m.** on **July 8, 2024**, absent further stipulation of the Parties or Order of the Court.

/ / /

/ / /

/ / /

The Parties have agreed to this extension as they have made substantial progress in their efforts to resolve this matter without further litigation and require additional time to conclude the same.

DATED this 24th day of June, 2024.

| JACKSON LEWIS P.C. | GRANGER & ASSOCIATES LLC |
|---|---|
| */s/ Joshua A. Sliker* | */s/ Howard B. Zakai* |
| JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | HOWARD B. ZAKAI, ESQ.<br>*Admitted Pro Hac Vice*<br>40 Fulton Street, 17th Floor<br>New York, New York 10038 |
| *Attorneys for Plaintiff* | ROGER W. WENTHE, ESQ.<br>Nevada Bar No. 8920<br>ROGER WENTHE, PLLC<br>2831 St. Rose Pkwy., Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 25, 2024