JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>             Plaintiff,<br>   vs.<br><br>RAHIM LADAK, an individual,<br><br>             Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**STIPULATION TO EXTEND MODIFIED TEMPORARY RESTRAINING ORDER (ECF No. 33)**<br><br>**(FIFTH REQUEST)**<br><br>[ECF No. 55] |

Plaintiff Digital Alpha Advisors, LLC and Defendant Rahim Ladak (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the duration of the Modified Temporary Restraining Order (ECF No. 33), in accordance with the Court's Minute Order dated October 31, 2023 (ECF No. 41), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated December 6, 2024 (First Request) (ECF No. 47), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated January 24, 2024 (Second Request) (ECF No. 50), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated May 22, 2024 (Third Request) (ECF No. 52), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated June 25, 2024 (Fourth Request) (ECF No. 54) to **5:00 p.m.** on **August 5, 2024**, absent further stipulation of the Parties or Order of the Court.

/ / /

JACKSON LEWIS P.C.

LAS VEGAS

1

1    The Parties continue to make progress towards reaching a resolution of this case without

2  further litigation. However, Plaintiff's client representative has been largely unavailable since entry

3  of the prior extension due to needing to provide near-constant care to a family member experiencing

4  a severe medical condition. In light of these circumstances, the Parties need additional time to

5  continue their discussions.

6    DATED this 8th day of July, 2024.

7  JACKSON LEWIS P.C.                          GRANGER & ASSOCIATES LLC

8  /s/ Joshua A. Sliker                        /s/ Howard B. Zakai
   JOSHUA A. SLIKER, ESQ.                      HOWARD B. ZAKAI, ESQ.
9  Nevada Bar No. 12493                        Admitted Pro Hac Vice
   300 S. Fourth Street, Suite 900             40 Fulton Street, 17th Floor
10 Las Vegas, Nevada 89101                     New York, New York 10038

11 Attorneys for Plaintiff                     ROGER W. WENTHE, ESQ.
                                               Nevada Bar No. 8920
12                                             ROGER WENTHE, PLLC
                                               2831 St. Rose Pkwy., Suite 200
13                                             Henderson, Nevada 89052

14                                             Attorneys for Defendant

15

16                                    **ORDER**

17                                        IT IS SO ORDERED.

18

19    _____
                                          UNITED STATES DISTRICT JUDGE

20
                                          Dated: July 9, 2024
21

22

23

24

25

26

27

28