JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>RAHIM LADAK, an individual,<br><br>Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND MODIFIED TEMPORARY RESTRAINING ORDER (ECF No. 33)**<br><br>**(SIXTH REQUEST)**<br><br>ECF No. 57 |

Plaintiff Digital Alpha Advisors, LLC and Defendant Rahim Ladak (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate to extend the duration of the Modified Temporary Restraining Order (ECF No. 33), in accordance with the Court's Minute Order dated October 31, 2023 (ECF No. 41), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated December 6, 2024 (First Request) (ECF No. 47), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated January 24, 2024 (Second Request) (ECF No. 50), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated May 22, 2024 (Third Request) (ECF No. 52), the Court's Order Granting the Parties' Stipulation to Extend Modified Temporary Restraining Order dated June 25, 2024 (Fourth Request) (ECF No. 54); the Court's Order Granting the Parties Stipulation to Extend Modified Temporary Restraining Order dated July 9, 2024 (Fifth Request) (ECF No. 56), to **5:00 p.m.** on **August 9, 2024**, absent further stipulation of the Parties or Order of the Court.

The Parties continue to make progress towards reaching a resolution of this case without further litigation. They have exchanged marked up drafts of the settlement papers and are working to reach final agreement. In light of these circumstances, the Parties need additional time to continue their discussions.

DATED this 6th day of August, 2024.

| | |
|---|---|
| JACKSON LEWIS P.C. | GRANGER & ASSOCIATES LLC |
| */s/ Joshua A. Sliker* | /s/ *Howard B. Zakai* |
| JOSHUA A. SLIKER, ESQ.<br>Nevada Bar No. 12493<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101 | HOWARD B. ZAKAI, ESQ.<br>*Admitted Pro Hac Vice*<br>40 Fulton Street, 17th Floor<br>New York, New York 10038 |
| *Attorneys for Plaintiff* | ROGER W. WENTHE, ESQ.<br>Nevada Bar No. 8920<br>ROGER WENTHE, PLLC<br>2831 St. Rose Pkwy., Suite 200<br>Henderson, Nevada 89052<br><br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: 8/13/24 *nunc pro tunc* to 8/5/24