JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>RAHIM LADAK, an individual,<br><br>Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) RETURN CASH BOND (ECF Nos. 9, 10 and 11);**<br><br>**(2) VACATE AUGUST 26, 2024 STATUS CONFERENCE; AND**<br><br>**(3) DISMISS CASE WITH PREJUDICE** |

Plaintiff DIGITAL ALPHA ADVISORS, LLC and Defendant RAHIM LADAK (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties stipulate and agree that the cash bond in the amount of $1,000 paid on behalf of Plaintiff on September 15, 2023 in support of the Temporary Restraining Order (ECF Nos. 9, 10 and 11), is exonerated and shall be refunded in accordance with the Clerk's customary practices.

2. The Parties further stipulate and agree that the in-person status conference scheduled for August 26, 2024 at 2:30 p.m., shall be vacated pursuant the Court's Minute Order entered on August 13, 2024 (ECF No. 58).

3. The Parties further stipulate and agree that this case shall be dismissed with

prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 16th day of August, 2024.

| JACKSON LEWIS P.C. | GRANGER & ASSOCIATES LLC |
|---|---|
| */s/ Joshua A. Sliker* <br> JOSHUA A. SLIKER, ESQ. <br> Nevada Bar No. 12493 <br> 300 S. Fourth Street, Suite 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Plaintiff* | /s/ *Howard B. Zakai* <br> HOWARD B. ZAKAI, ESQ. <br> *Admitted Pro Hac Vice* <br> 40 Fulton Street, 17th Floor <br> New York, New York 10038 <br><br> ROGER W. WENTHE, ESQ. <br> Nevada Bar No. 8920 <br> ROGER WENTHE, PLLC <br> 2831 St. Rose Pkwy., Suite 200 <br> Henderson, Nevada 89052 <br><br> *Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____