JOSHUA A. SLIKER, ESQ.
Nevada Bar No. 12493
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Ste. 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
E-Mail: joshua.sliker@jacksonlewis.com

*Attorneys for Plaintiff*
*Digital Alpha Advisors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIGITAL ALPHA ADVISORS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>vs.<br><br>RAHIM LADAK, an individual,<br><br>Defendant. | Case No.: 2:23-cv-01339-JAD-DJA<br><br>**STIPULATION AND ORDER TO:**<br><br>**(1) RETURN CASH BOND (ECF Nos. 9, 10 and 11);**<br><br>**(2) VACATE AUGUST 26, 2024 STATUS CONFERENCE; AND**<br><br>**(3) DISMISS CASE WITH PREJUDICE**<br><br>ECF Nos. 60-62 |

Plaintiff DIGITAL ALPHA ADVISORS, LLC and Defendant RAHIM LADAK (together, Plaintiff and Defendant are the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties stipulate and agree that the cash bond in the amount of $1,000 paid on behalf of Plaintiff on September 15, 2023 in support of the Temporary Restraining Order (ECF Nos. 9, 10 and 11), is exonerated and shall be refunded in accordance with the Clerk's customary practices.

2. The Parties further stipulate and agree that the in-person status conference scheduled for August 26, 2024 at 2:30 p.m., shall be vacated pursuant the Court's Minute Order entered on August 13, 2024 (ECF No. 58).

3. The Parties further stipulate and agree that this case shall be dismissed with

prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 16th day of August, 2024.

| JACKSON LEWIS P.C. | GRANGER & ASSOCIATES LLC |
|---|---|
| */s/ Joshua A. Sliker* | */s/ Howard B. Zakai* |
| JOSHUA A. SLIKER, ESQ. | HOWARD B. ZAKAI, ESQ. |
| Nevada Bar No. 12493 | *Admitted Pro Hac Vice* |
| 300 S. Fourth Street, Suite 900 | 40 Fulton Street, 17th Floor |
| Las Vegas, Nevada 89101 | New York, New York 10038 |
| *Attorneys for Plaintiff* | ROGER W. WENTHE, ESQ. |
| | Nevada Bar No. 8920 |
| | ROGER WENTHE, PLLC |
| | 2831 St. Rose Pkwy., Suite 200 |
| | Henderson, Nevada 89052 |
| | *Attorneys for Defendant* |

### ORDER

Based on the parties' stipulation [ECF Nos. 60, 61, 62] and with good cause appearing, I**T IS ORDERED THAT:**

The **status conference scheduled for August 26, 2024, at 2:30 p.m. is VACATED;**

**This case is DISMISSED** with prejudice, each side to bear its own fees and costs.

**The Clerk of Court is directed to disburse the cash bond** posted at ECF No. 11 to Nationwide Legal, LLC, 626 S. 7th Street, Las Vegas, NV 89101, together with any interest accrued thereon, **and CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 20, 2024